**Electronically Filed
Supreme Court
SCWC-22-0000468
18-JAN-2024
08:13 AM
Dkt. 9 OGAC**

SCWC-22-0000468

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JOHN SING,
Petitioner/Defendant-Appellant,

and

ABRAHAM SIONESINI,
Defendant-Appellee.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000468; CR. NO. 1CPC-19-0001722)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna and Eddins, JJ., and Circuit
Judges Wong and Drewyer, assigned by reason of vacancies)

Petitioner John Sing's Application for Writ of

Certiorari, filed on December 4, 2023 is hereby accepted and will

be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 18, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Paul B.K. Wong

/s/ Michelle L. Drewyer